**FILED**
May 16, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____cap_____
                    DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

WACO DIVISION

GAMES WORKSHOP LIMITED,

  Plaintiff,

v.                                    Case No. 6:25-cv-00147-ADA

THE INDIVIDUALS, PARTNERSHIPS,

AND UNINCORPORATED ASSOCIATIONS

IDENTIFIED ON SCHEDULE A,

  Defendants.

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant AlexUold OU, a foreign limited liability company registered in Estonia and proceeding pro se, respectfully moves this Court to dismiss the Complaint filed by Plaintiff Games Workshop Limited pursuant to Federal Rule of Civil Procedure 12(b)(2), for lack of personal jurisdiction.

**I. INTRODUCTION**

AlexUold OU does not conduct business in the State of Texas, has no physical presence, employees, or assets in Texas, and does not purposefully direct any activities toward Texas residents. Defendant's commercial activity consists solely of selling products through Amazon's Fulfillment by Amazon (FBA) platform, where Amazon manages storage and delivery independently. Any shipment into Texas is incidental and not controlled by Defendant.

**II. LEGAL STANDARD**

To exercise personal jurisdiction, a court must find that the defendant has sufficient minimum contacts with the forum state, such that maintenance of the suit does not offend

traditional notions of fair play and substantial justice. (See International Shoe Co. v. Washington, 326 U.S. 310 (1945)). Mere placement of goods into the stream of commerce, without more, does not constitute purposeful availment. (Asahi Metal Industry Co. v. Superior Court, 480 U.S. 102 (1987)).

### III. ARGUMENT

Defendant AlexUold OU has not purposefully directed business activity toward Texas. The use of Amazon FBA does not create a sufficient connection to establish personal jurisdiction. Courts have routinely held that selling through third-party platforms like Amazon does not establish jurisdiction unless there is forum-specific targeting, which is not the case here. Indeed, courts routinely hold that passive participation in a third-party marketplace, without targeted sales efforts, advertisements, or intentional business in the forum state, does not establish personal jurisdiction. See Boschetto v. Hansing, 539 F.3d 1011, 1019 (9th Cir. 2008).

Defendant has no office, employees, bank accounts, contracts, or advertisements targeting Texas. The business operates remotely from Estonia and has no intentional interaction with Texas or its residents. Plaintiff, in contrast, maintains substantial operations and retail presence in various U.S. states, including Texas, further highlighting the lack of nexus between Defendant and this forum.

### IV. CONCLUSION

Because Plaintiff has failed to establish that this Court has personal jurisdiction over Defendant, this action should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(2).

Dated: May 16, 2025

Respectfully submitted,

/s/ Aleksandr Kudriashov

Managing Member, AlexUold OU

alexumagamz@gmail.com

**DECLARATION OF ALEKSANDR KUDRIASHOV**

1. I am the Managing Member of AlexUold OU, a limited liability company registered in Estonia.

2. My company has no physical presence, employees, offices, bank accounts, or direct business operations in the State of Texas.

3. All product distribution is performed through Amazon's Fulfillment by Amazon (FBA) system. My company does not direct Amazon to ship products to Texas nor target consumers in Texas.

4. I have never traveled to Texas in relation to this business and have no contacts with any person or entity located in Texas.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2025.

/s/ Aleksandr Kudriashov

Managing Member, AlexUold OU

**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Before the Court is Defendant's Motion to Dismiss for Lack of Personal Jurisdiction. Having considered the Motion, the Court finds good cause to GRANT the Motion.

IT IS HEREBY ORDERED that Plaintiff's Complaint is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2).

SO ORDERED.

Dated: _____

_____

Hon. Alan D. Albright

United States District Judge

**CERTIFICATE OF SERVICE**

I certify that on May 16, 2025, a true and correct copy of the foregoing

document was served via e-mail upon Plaintiff's counsel at rweaver@brickellip.com.

/s/ Aleksandr Kudriashov

Managing Member, AlexUold OU

alexumagamz@gmail.com