# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| Games Workshop Limited<br><br>*Plaintiffs*,<br><br>v.<br><br>The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A,<br><br>*Defendant*. | Civil Action No. 6:25CV00147<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT |

PLEASE TAKE NOTICE that Shaoyi Che of YoungZeal LLP, at 9355 John W. Elliott Dr Ste 25555, Frisco, TX 75033, hereby enters his appearance as counsel of record for Defendant Ningbo Dandan Su Yi Electronics Co., LTD d/b/a Soho Direct.

Dated: June 4, 2025

Respectfully submitted,
By: */s/ Shaoyi Che*
Shaoyi Che
Texas Bar No. 24139843
*Admitted to W.D. Tex.*
YoungZeal LLP
9355 John W. Elliott Dr, Ste 25555
Frisco, TX 75033
Telephone: (717) 440-3382
che@yzlaw.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I caused a true and correct copy of the foregoing to the filed on the Court's CM/ECF system, which served notice on all counsel of record.

> By: */s/ Shaoyi Che*
> Shaoyi Che